■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES JOSEPH PAGANO, Appellant.— Appeal from a judgment of conviction rendered by the County Court, Queens County, sentencing appellant, after he had pleaded guilty to violating subdivision 2 of section 1751 of the Penal Law

(possessing a narcotic drug with intent to sell same), to serve from 24 to 30 years as a second felony offender. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.